

**MEMORANDUM ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/2025
```

T**HE** C**ITY OF** N**EW** Y**ORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**SHREYA KRISHNAMURTHY**
*Assistant Corporation Counsel*
Tel.: (212) 356-2671
Fax: (212) 356-3509
shrekris@law.nyc.gov

October 23, 2025

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    <u>Shengshen Xia v. Robert Fisher, et al.</u>,
                25 Civ. 409 (GHW)

Your Honor:

       I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendant City of New York in the above-referenced matter. The undersigned respectfully writes to request a thirty (30) day extension of time to respond to the Court's <u>Valentin</u> Order, from October 27, 2025 until November 26, 2025. This is the first request for an extension of time to respond to the Court's <u>Valentin</u> Order. The undersigned attempted to contact plaintiff *pro se* Shengshen Xia for his consent prior to the submission of this letter via the e-mail address plaintiff provided on the docket, however, the undersigned was unable to make contact with plaintiff prior to the filing of this letter.

       By way of relevant background, plaintiff, who is proceeding *pro se*, brings this action, pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, claims for false arrest and excessive force arising from an incident on or about September 29, 2024. <u>See</u> ECF No. 7. Plaintiff names the City of New York, Robert Fisher, Jonathan A. Pastoriza, Abubaker M. Shaban, Mayor of New York City, and the NYPD Commissioner, along with two unidentified individuals, as defendants in this action. <u>See id.</u> On August 28, 2025, the Court dismissed the claims against Mayor Eric Adams, directed "NYPD Commanding Officer Robert Fisher (1st Precinct), the NYPD Commissioner,

NYPD Officers Jonathan A. Pastoriza (Badge No. 14446) and Abubaker M. Shaban (Badge No. 24909), and the City of New York [to] waive service of summons," and ordered this Office to "ascertain the identity (and, if appropriate, the badge number) of each Jane Doe whom Plaintiff seeks to sue here and the addresses where these defendants may be served … within sixty days of the date of [the] order." ECF No. 10.

This Office is in the process of conducting its investigation into the allegations of the Amended Complaint. The reason for the instant request for an extension of time is that this Office has received some documents relating to the allegations in the Amended Complaint and is in the process of obtaining additional relevant documents in an attempt to ascertain the identities and service addresses of the members of the NYPD whom plaintiff seeks to sue in this action.

Accordingly, the undersigned respectfully requests that the Court grant a thirty (30) day extension of time for this Office to respond to the Court's *Valentin* Order, from October 27, 2025 until November 26, 2025.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Shreya Krishnamurthy*
Shreya Krishnamurthy
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   **VIA ECF**[1]
   Shengshen Xia
   *Plaintiff pro se*

Application granted. Defendant the City of New York's deadline to respond to the Court's *Valentin* order, Dkt. No. 10, is extended to November 26, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.
Dated: October 24, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

---

[1] Upon information and belief, plaintiff has consented to receive electronic service via ECF. See ECF No. 6.