UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/2025

**Shengshen Xia**, Plaintiff, Pro Se
127 Allen Street, Apt 6C
New York, NY 10002

v.

**City of New York, et al.**, Defendants.

**Case No. 1:25-CV-00409 (LTS)**

**MOTION TO VACATE ADVERSE PROCEDURAL CONSEQUENCES
AND TO RESTORE ACCESS TO PACER / COURT RECORDS**

Plaintiff Shengshen Xia, proceeding pro se, respectfully moves this Court for an order: (1) vacating or setting aside all adverse procedural motions, defaults, or consequences entered against Plaintiff; and (2) restoring Plaintiff's PACER account access or otherwise allowing Plaintiff to view and access PACER records free of charge in this case.

1. Plaintiff is the pro se Plaintiff in this action and resides at 127 Allen Street, Apt 6C, New York, NY 10002.

2. Plaintiff's PACER account is currently restricted due to outstanding PACER fees, preventing access to the Court's electronic docket, including Court orders, Defendants' answers, motions, and all filings in this case.

3. As a direct result, Plaintiff has been unable to review judicial orders and Defendants' filings, materially impeding timely responses and the protection of Plaintiff's rights.

4. Plaintiff has not abandoned or withdrawn this case and is actively attempting to resolve the PACER access issue.

5. Any missed deadlines or delays were not willful, but caused solely by lack of PACER access. Imposing adverse consequences under these circumstances would be inconsistent with due process.

6. Plaintiff respectfully requests that the Court vacate or set aside any adverse procedural consequences entered due to alleged non-responses or missed deadlines arising from lack of PACER access.

7. Plaintiff further requests that the Court restore PACER access, permit free access in this case, or provide any reasonable alternative to ensure full docket access.

8. As a pro se litigant, Plaintiff respectfully requests leniency so that this case may be resolved on its merits rather than procedural barriers beyond Plaintiff's control.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant the relief requested herein.

Dated: December 22, 2025
New York, New York

Respectfully submitted,

*Shengshen Xia*

**Shengshen Xia**
Plaintiff, Pro Se
127 Allen Street, Apt 6C
New York, NY 10002
Email: c81510668@gmail.com
Telephone: 929-866-2533

Application granted in part.  The deadline for Plaintiff to file an amended complaint as specified in the Court's prior order is extended to January 14, 2026.  There have been no "adverse procedural consequences" due to missed deadlines.  However, the Court declines Plaintiff's request for free access to PACER.  If Plaintiff seeks the ability to file documents electronically, Plaintiff must take the appropriate training course and file a motion with the Court.  The process to do so can be found here:  https://www.nysd.uscourts.gov/programs/ecf-training.  Otherwise, Mr. Xia may file any papers by submitted them to the Pro Se Intake unit via email or regular mail.  If Plaintiff has been given access to PACER for another case and is experiencing issues, he may contact the ECF Help Desk and Pro Se Intake for further assistance.  The number for those departments can be found here:  https://www.nysd.uscourts.gov/about/directory.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 21.

SO ORDERED.
Dated:  December 29, 2025

_____
GREGORY H. WOODS
United States District Judge