UNITED STATES DISTRICT COURT

# MEMORANDUM ENDORSED

SOUTHERN DISTRICT OF NEW YORK

Shengshen Xia,
Plaintiff,

v.

Commissioner of the New York City Police Department;
Robert Fisher, Mayor of the City of New York;
New York City Police Department;
New York City Government;
NYPD 1st Precinct;
Police Officer (Badge No. TBD), Supervisor;
Police Officer (Badge No. TBD), Asian Officer;
Jonathan A. Pastoriza;
Abubaker M. Shaban,
Defendants.

Case No. 1:25-cv-00409-GHW

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 01/15/2026 |

MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiff Shengshen Xia, proceeding pro se, respectfully moves this Court for an extension of time to file his amended complaint.

1. Procedural Background

By Order dated December 29, 2025, the Court extended the deadline for Plaintiff to file an amended complaint to January 14, 2026.

Plaintiff has been diligently working in good faith to revise his amended complaint in compliance with the Court's prior orders.

2. Good Cause for Extension

Plaintiff respectfully requests a 30-day extension, until February 13, 2026, for the following reasons:

1. Plaintiff is proceeding pro se and is making diligent efforts to ensure that the amended complaint is properly structured, clear, and responsive to the Court's guidance.

2. Plaintiff has contacted the Federal Pro Se Legal Assistance Project (SDNY), which informed Plaintiff in writing that it requires at least ten (10) business days to review a draft amended complaint, and that such review cannot be provided unless Plaintiff first obtains an extension of time of at least 30 days.

3. Granting this extension will promote judicial efficiency by allowing Plaintiff to submit a clearer and more procedurally compliant amended complaint.

4. This request is made in good faith and will not prejudice Defendants, as no responsive pleadings are currently due.

3. No Prejudice and Good Faith

Plaintiff does not seek this extension for purposes of delay. Rather, Plaintiff seeks a reasonable and limited extension to ensure compliance with the Court's instructions and to facilitate the orderly progression of this case.

4. Requested Relief

For the foregoing reasons, Plaintiff respectfully requests that the Court extend the deadline to file an amended complaint to February 13, 2026, or such other date as the Court deems appropriate.

Respectfully submitted,

Date: January 14, 2026

*Shengshen Xia*

Shengshen Xia
Plaintiff, Pro Se
Email: c81510668@gmail.com

Application granted.  Plaintiff's deadline to file his amended complaint is extended to February 13, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23 and to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.
Dated:  January 15, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

9:24    ..ıll 5G+

此电子邮件似乎是用英语撰写的

翻译成中文

Mr. Shengshen Xia,

Our office can provide pro se litigants feedback on draft filings, including draft amended complaints. However, we require 10 business days to review a draft. Since your deadline is this upcoming Wednesday, January 14, 2026, only 3 business days from today, we will not be able to assist you by reviewing your draft amended complaint unless you get an extension of at least 30 days. If you secure an extension, we could review your draft amended complaint for procedural form and clarity only.

All the best,
Rowan Scarpino

**Federal Pro Se Legal Assistance Project (SDNY)**
City Bar Justice Center | 42 W 44th Street, New York, NY 10036
P: 212.382.4794 | F: 212.382.4794 | E: fedprosdny@nycbar.org
**Follow Us:** Facebook | LinkedIn | Instagram | Threads

**Learn about the Justice Center's impact and what your support makes possible!**

*All contributions to the City Bar Justice Center of the City Bar Fund are tax-deductible to the full extent of the law. A copy of our most recently filed financial*

↩ 回复          ↪ 转发          ☺