**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Senior Counsel*
Phone: (212) 356-1945
Fax: (212) 356-3509
gaccari@law.nyc.gov

September 9, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2026

**MEMORANDUM ENDORSED**

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Shengshen Xia v. City of New York, et al.,
25 Civ. 00409 (GHW)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and attorney for defendants City of New York, Jessica Tisch, Robert Fisher, Jonathan Pastoriza, Mohammad Hoque, Wilson Lee, Philip Ioannou, Fiaz Chowdhury, David Torres Bravo, Frank Gut, Jospeh Hardeen and Maxwell Outsen ("defendants") in the above-referenced matter.

Defendants write to respectfully request a thirty (30) day extension of the briefing schedule for the defendants to submit their motion to dismiss, plaintiff to submit his opposition, and for the defendants to submit their reply. This is the defendants' third such request, the first two of which were granted by the Court. *See* Dkt. No. 32, Memo Endorsement, July 7, 2026; Dkt. No. 34, Order, August 7, 2026. This request does not affect any other Court deadlines.

The defendants respectfully propose the following new briefing schedule for their motion for to dismiss:

| **Deadline:** | **Original Deadline:** | **Newly Proposed Deadline:** |
|---|---|---|
| Deadline for Defendants' Motion to Dismiss | September 21, 2026 | October 21, 2026 |
| Deadline for Plaintiff's Opposition | October 21, 2026 | November 23, 2026 |
| Deadline for Defendants' Reply | November 4, 2026 | December 7, 2026 |

By way of background, the undersigned was recently assigned this case in place of Assistant Corporation Counsel Shreya Krishnamurthy who has left my Office. The defendants are now making this extension request because the undersigned is on previously scheduled leave, out of the country with limited computer access, beginning on September 2, 2026, and returning to work on September 14, 2026. In addition, the undersigned is scheduled for jury selection in the Southern District of New York in the matter of *Sabrina Toner v. City of New York, et al.*, No. 22 Civ. 1354 (JMF) for September 28, 2026, and will be largely preparing for that trial the second half of September. Therefore, the defendants respectfully request this additional thirty (30) day extension of the briefing schedule due to these scheduling conflicts.

In addition, since the last extension request, the Office of the Corporation Counsel has resolved the representation of defendants Frank Gut and Jonathan Pastoriza, who are both now represented by this Office. The representation of defendant Abubakar Shaban remains outstanding due to the fact that, upon information and belief, defendant Shaban was away from active duty for medical reasons. However, upon information and belief, since the last extension request, defendant Shaban has recently returned to active duty, and the Office of the Corporation Counsel is in the process of resolving his representation. As a result, the defendants hope that the Court may, *sua sponte*, adjourn the deadline for defendant Shaban to file an answer or otherwise respond to the Complaint, including filing a motion to dismiss, until October 21, 2026, the same requested dates for the other defendants to file their motion to dismiss.

Defense counsel reached out to plaintiff for plaintiff's position regarding this request, and plaintiff responded to defense counsel's email in another language. The undersigned entered plaintiff's response into Google translate, which detected the language to be "Simplified Chinese," and translated the message to read, "I do not agree; this appears to be an intentional delay that harms the plaintiff's interests. Thank you." Defendants disagree with plaintiff's unsupported and baseless assertion that this extension request is an "intentional delay," and have made this extension request due to the above-mentioned reasons. In the meantime, throughout this period, the Office of the Corporation Counsel has continued to work through resolving the representation of all the individual defendants that plaintiff has named in this lawsuit, with only one remaining at this time, so all named parties can respond to plaintiff's Complaint and move this case forward.

Accordingly, for the foregoing reasons, defendants respectfully request a thirty (30) day extension of the briefing schedule for the defendants to submit their motion to dismiss, plaintiff to submit his opposition, and for the defendants to submit their reply.

Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/ Gregory Accarino

Gregory Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**[1]
Shengshen Xia
*Plaintiff pro se*

Application granted. The deadline for all Defendants to answer or otherwise respond to the complaint is extended to October 21, 2026. Should any Defendant move to dismiss, Plaintiff must file his opposition no later than November 23, 2026. If Plaintiff does not file an opposition, the Court will resolve Defendants' motion as unopposed. Defendants' reply, if any, must be filed by December 7, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 38.

SO ORDERED.

Dated: September 9, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

[1] Upon information and belief, plaintiff has consented to receive electronic service via ECF. *See* ECF No. 6.