USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2026

**MEMORANDUM ENDORSED**

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALEXANDRA CORSI**
*Senior Counsel*
Phone: (212) 356-3545
acorsi@law.nyc.gov

November 5, 2026

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Shengshen Xia v. City of New York, et al.,
25 Civ. 00409 (GHW)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and attorney for defendants City of New York, Jessica Tisch, Robert Fisher, Jonathan Pastoriza, Mohammad Hoque, Wilson Lee, Philip Ioannou, Fiaz Chowdhury, David Torres Bravo, Frank Gut, Jospeh Hardeen, Abubaker Shaban, and Maxwell Outsen ("Defendants") in the above-referenced matter. In that capacity, I write to respectfully request an adjournment of the initial pretrial conference currently scheduled for November 17, 2026 at 4:00 p.m. This is Defendants' first such request and it does not affect any other Court deadlines. Upon information and belief, Plaintiff, who is proceeding *pro se*, does not consent to this request.[1]

By way of background, Defendants answered the Second Amended Complaint on October 21, 2026; thereafter, the Court scheduled an initial pretrial conference for November 17, 2026. (Dkt. Nos. 42-43). The reason for the instant request is the undersigned is scheduled to appear for a settlement conference that begins at 2:00 p.m. in another matter, *Jon-Adrian Velazquez v. City of New York, et al.*, 25 CV 10699 (LJL) (KPH). Given the complexity of the *Velazquez* matter, it is unlikely that the settlement conference will conclude prior to 4:00 p.m. when the conference in the instant case is scheduled to begin. When this office contacted Plaintiff for his consent to this

[1] In advance of making this application, this office contacted Mr. Xia for his consent and to consult regarding his availability should the conference be rescheduled. Mr. Xia responded, by email, on November 3, 2026, in Chinese. According to google translate, the email noted that Mr. Xia does not consent to the request and there was no response regarding the proposed alternative dates.

request, several dates were proposed to Plaintiff for potential rescheduling of the conference, however, as noted herein, Plaintiff did not respond to that portion of the email and instead indicated that he does not consent to an adjournment.

For the reasons set forth herein, Defendants respectfully request an adjournment of the November 17, 2026 initial pretrial conference to a date and time convenient for the Court. To the extent the Court is inclined to grant the within request, and to assist the Court in rescheduling the conference, the undersigned is currently available on the following dates: November 19 after 1:00 p.m.; November 23; November 24; and November 30.

Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/ *Alexandra Corsi*
Alexandra Corsi
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**[2]
Shengshen Xia
*Plaintiff pro se*

Application granted in part. The initial pretrial conference scheduled for November 17, 2026 is adjourned to November 18, 2026 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's October 22, 2026 order are due no later than November 11, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 45.

SO ORDERED.

Dated: November 6, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

[2] Upon information and belief, plaintiff has consented to receive electronic service via ECF. *See* ECF No. 6.